## (April 5, 1954.)

■

GEORGE A. ARKWRIGHT, Appellant, v. WILLIAM F. C. STEINBUGLER, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 397.]

■

EDWIN HOLDING CORPORATION, Appellant, v. ETHEL FISCHER, Doing Business under the Name of ETHEL'S MILLINERY SHOPPE, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. [See *post*, p. 944.]

■

In the Matter of the Application of DAVID M. F. LAMBERT for Admission to the Bar.— Application for admission to the Bar denied upon the ground that the applicant has failed to furnish satisfactory proof that he is and has been an actual resident of the State of New York for not less than six months immediately preceding the making of such application for admission as required by paragraph (3) of subdivision (f) of rule 1 of the Rules of Civil Practice. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ.

■

SAMUEL L. NORMAN et al., Doing Business under the Name of NORMAN-HEGARTY Co., Respondents, v. OAKLAND GOLF CLUB, Respondent, and LAURENCE B. HALLERAN, Doing Business as HALLERAN AGENCY, et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Appellate Division, entered November 23, 1953, properly made? Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. [See 282 App. Div. 960.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS PATELIS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ. [See 282 App. Div. 1072.]

■

ERNST SANDER, Appellant, v. ANTHONY PEZZUTO, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.